# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

Georgian Gorea
*Defendant(s)*

Case Number: 26-cr-30150-SPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Georgian Gorea,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Access Device Fraud all in violation of 18:1029(b)(2)
Count 2: Possession of Fifteen or More Counterfeit and Unauthorized Access Devices in violation of 18:1029(a)(3) and 1029(c)(1)(B)
Count 3: Illegal Reentry After Deportation in violation of 8:1326(a) and 1326(b)(1)

Date: November 18, 2026

Angela D. Hefflin Deputy Clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Thomas L. Galbraith, Acting Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

______________________
*Arresting officer's signature*

______________________
*Printed name and title*