# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

Elizan Alexander Gamez-Garcia
*Defendant(s)*

Case Number: 26-cr-30150-SPM

**RECEIVED**
*By U.S. Marshals Service, S/IL at 12:44 pm, Nov 18, 2026*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elizan Alexander Gamez-Garcia ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Access Device Fraud all in violation of 18:1029(b)(2)
Count 2: Possession of Fifteen or More Counterfeit and Unauthorized Access Devices in violation of 18:1029(a)(3) and 1029(c)(1)(B)

Date: November 18, 2026

Angela D Hettrich Deputy Clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Thomas L. Galbraith, Acting Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: 11-18-2026

Returned unexecuted, already in custody on complaint.

L. Patterson

________
*Arresting officer's signature*

________
*Printed name and title*